UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

MILESTONE SHIPPING S.A.                          :

                         Plaintiff,              :

                                                 :        11 CV 0014 (VM)
      - against -                                :        ECF CASE

                                                 :

ESTECH TRADING LLC and                           :
AMERICAN ENERGY SERVICES, INC.                   :

                                                 :

                         Defendants.             :
--------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut  )
                      )        ss: SOUTHPORT
County of Fairfield   )

      Claurisse Campanale Orozco, being duly sworn, deposes and says:

      1.      I am a member of the Bar of this Court and represent the Plaintiff herein. I am

familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the

issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the

Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

## THE DEFENDANTS ARE NOT WITHIN THIS DISTRICT

      2.      I have attempted to locate the Defendants, ESTECH TRADING LLC and

AMERICAN ENERGY SERVICES, INC., within this District. As part of my investigation to

locate the Defendants within this District, I checked the telephone company information

directory all area codes within the District, as well as the white and yellow pages for New York

listed on the Internet or World Wide Web, and did not find a listing for the Defendants. I also

checked the New York State Department of Corporations' online database which showed no

listing or registration for the Defendants. I was also unable to find any information to indicate that the Defendants have a general or managing agent within the District.

3.      I submit that Defendants cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4.      Upon information and belief, the Defendants have, or will have during the pendency of this action, tangible and intangible property within the District subject to the jurisdiction of this Court.

<u>PRAYER FOR RELIEF FOR AN ORDER ALLOWING SPECIAL PROCESS SERVER</u>

5.      Plaintiff seeks an Order, pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, appointing Thomas L. Tisdale, Claurisse Campanale-Orozco, Lauren C. Davies, or any other partner, associate, paralegal or agent of Tisdale Law Offices, to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories or other process, including any amended pleadings filed in this action upon the garnishee, particularly the Escrow Agent, Mahoney & Keane LLP who, based upon information and belief holds assets of the Defendants.

6.      Plaintiff seeks this Order to serve the Process of Maritime Attachment and Garnishment will deliberate speed in order to fully protect itself against the potential of being unable to satisfy any judgment or award obtained by Plaintiff against Defendants.

7.      To the extent that Plaintiff's Application for an Order appointing a special process server does not involve the restraint of physical property, service does not need to be effected by the Marshal's Office. Service sought to be carried out by Plaintiff is the delivery of the Process of Maritime Attachment and Garnishment to the various garnishees identified in the writ.

## PRAYER FOR RELIEF TO DEEM SERVICE CONTINUOUS

8.     Plaintiff also respectfully requests that the Court grant it leave, as set out in the accompanying Ex Parte Order for Process of Maritime Attachment, for any process that is served on a garnishee to be deemed effective and continuous service of process throughout any given day on which process is served through the next day, provided that process is served the next day, to authorize service of process via facsimile or e-mail following initial in personam service.

10.     This is Plaintiff's first request for this relief made to any Court.

Dated: January 3, 2011
      New York, NY

Claurisse Campanale-Orozco

Sworn and subscribed to before me
this ___ day of January 2011.

Notary Public

—3—